UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number:

JUAN TORRES and
ALEJANDRO TORRES,

        Plaintiffs,
vs.

FIRST TRANSIT, INC.,

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiffs **JUAN TORRES and ALEJANDRO TORRES** sue defendant **FIRST TRANSIT, INC.** in this Honorable Court and allege:

1. Plaintiff **JUAN TORRES** is a citizen of the State of Florida.
2. Plaintiff **ALEJANDRO TORRES** is a citizen of the State of Florida.
3. Defendant **FIRST TRANSIT, INC.** is a corporation incorporated under the laws of the State of Delaware and maintains its principal place of business in the State of Ohio.
4. The amount in controversy, without interest and costs, exceeds $75,000.00 as prescribed by 28 U.S.C. §1332.
5. On or about September 30, 2017 defendant **FIRST TRANSIT, INC.** owned a motor vehicle that was operated with its consent by **OLIVIER J. LAURENT** on North Military Trail at the intersection of NW 19th Street in Boca Raton, Palm Beach County, Florida.
6. At that time and place **OLIVIER J. LAURENT** negligently operated or maintained defendant **FIRST TRANSIT, INC.'s** motor vehicle so that it violated the right of way of **JUAN TORRES'** vehicle and caused a collision between defendant's vehicle and **JUAN TORRES'** vehicle.

7. **ALEJANDRO TORRES** was a passenger in **JUAN TORRES'** vehicle at the time of defendant's negligence.

8. As a direct and proximate result of **OLIVIER J. LAURENT's** negligence, **JUAN TORRES** and **ALEJANDRO TORRES** suffered permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement, scarring and disfigurement, resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, loss of consortium, expense of hospitalization, medical and nursing care and treatment, lost wages, reduction of future earnings capacity and aggravation of a previously existing conditions. **JUAN TORRES'** motor vehicle, attached trailer and landscaping equipment were damaged or destroyed, needed repairs or replacement and sustained a diminution in value.

9. Pursuant to Florida's 'Dangerous Instrumentality" doctrine, the owner of a motor vehicle is liable for the negligence of a person the owner permitted to drive the motor vehicle.

10. As defendant **FIRST TRANSIT, INC.** permitted **OLIVIER J. LAURENT** to drive its motor vehicle that was involved in the subject crash, defendant **FIRST TRANSIT, INC.** is liable to **JUAN TORRES** and **ALEJANDRO TORRES** for all injuries and damages they sustained as a result of **OLIVIER J. LAURENT's** negligence.

**WHEREFORE JUAN TORRES and ALEJANDRO TORRES** demand a trial by jury on all issues so triable, judgment for damages against defendant **FIRST TRANSIT, INC.**, all costs incurred in prosecuting this action, and any other relief that this Court deems just and appropriate.

Dated October 17, 2017

/s/  Marc A. Chandler
MARC A. CHANDLER
PAPE & CHANDLER, P.A.
151 N. NOB HILL ROAD, SUITE 358
PLANTATION, FLORIDA 33324
FLORIDA BAR NO:     46094
TELEPHONE:          (954) 462-7800
ATTORNEYS FOR PLAINTIFF