**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-cv-81162-BLOOM/Reinhart**

JUAN TORRES, and
ALEJANDRO TORRES

      Plaintiffs,

v.

FIRST TRANSIT, INC.,

      Defendant.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came before the Court for jury trial on November 6, 2018. The issues having been duly tried and the jury having duly rendered its verdict, it is **ORDERED AND ADJUDGED** as follows, consistent with the jury's verdict, ECF No. [109]:

1. Judgment is entered in favor of Plaintiff Alejandro Torres in the amount of $2,496,261.13, for which sum let execution issue.

2. Judgment is entered in favor of Plaintiff Juan Torres in the amount of $4,927,604.38, for which sum let execution issue.

3. The Court reserves jurisdiction to award attorneys' fees and costs and address any post-trial motions.

4. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

5. The Clerk of Court is directed to mark this case **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of November, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record